**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| John E. Triplett<br>Clerk of Court | OFFICE OF THE CLERK<br>P.O. Box 1636<br>BRUNSWICK, GEORGIA   31521 | (912)280-1330 |

RE:  National Wildlife Refuge Assocation, et al. v. U.S. Army Corps of Engineers, et al.

### NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia, Waycross Division   from:

District of Columbia

The Civil Action Number assigned to this case is:  5:23-cv-080

The case was filed and docketed on  8/17/2023

and has been assigned to   Judge Lisa Godbey Wood

DATE:  8/17/2023

cc:
Kelly F. Moser
Mark Sabath
Megan Hinkle Huynh
Andrew J. Doyle
John L. Fortuna
Lewis Bondurant Jones

JOHN E. TRIPLETT, CLERK OF COURT

BY:  /s/Candy Asbell
Deputy Clerk