# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

## NOTICE of FILING DEFICIENCY

To: Kelly F. Moser                     Date: 8/18/2023
Case: 5:23-cv-080                      Party: Plaintiffs

Your pleading, __Case Transfer in from District of Columbia - Application for Pro Hac Vice__,

was filed on __08/17/23__, but remains deficient in the area(s) checked below:

[ ] No actions required (Informative Only)     or     [x] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)

☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.

☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)

☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)

☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.

☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)

☐ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.

☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.

☒ 9. Other:
   Local Rule 83.4 form can be located at www.gas.uscourts.gov - Forms tab - Civil and Criminal Both. **Certificate of Good Standing from a USDC and a List of all cases filed in this Court in which you have appeared as counsel must accompany your application.**

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: __Candy Asbell (912)280-1337__
                                        Deputy Clerk