# United States District Court

## Southern District of Georgia

National Wildlife Refuge Association, et al.
Plaintiff

v. United States Army Corps of Engineers, et al.
Defendant

Case No. 5:23-CV-080

Appearing on behalf of: _____
Twin Pines Minerals, LLC (Intervenor/Def)
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Lewis B. Jones__ hereby requests permission to appear pro hac vice in the subject case filed in the __Waycross__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Georgia__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Mark D. Johnson__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __27th__ day of __August__, __2023__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Mark D. Johnson__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This __31st__ day of __August__, __2023__.

__395041__
Georgia Bar Number

__(912) 265-6700__
Business Telephone

_____
Signature of Local Counsel

Gilbert Harrell Sumerford & Martin, P.C. (Law Firm)
777 Gloucester Street, Ste. 200 (Business Address)
Brunswick, GA 31520 (City, State, Zip)
P.O. Box 191, Brunswick, GA 31521-0190 (Mailing Address)
mjohnson@ghsmlaw.com (Email Address)



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
                                                } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LEWIS B. JONES**, State Bar No. 402498, was duly admitted to practice in said Court on 02/22/2000 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 22nd day of August, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk



*National Wildlife Refuge Association et al.*
v.
*United States Army Corps of Engineers et al.*

**Civil Action No. 5:23-cv-00080-LGW-BWC**

Re: Application for Admission *pro hac vice*

Applicant: Lewis B. Jones

I, Lewis B. Jones, respectfully state that I have appeared before the U.S. District Court Southern District of Georgia in the following cases:

- *Twin Pines Minerals LLC v. U.S. Army Corps of Engineers, et al.*, Civil Action No. 5:22-cv-00036-LGW-BWC
- *Davis et al. v. Cate et al.*, Civil Action No. 2:23-CV-00051-LGW-BWC

This 22nd day of August, 2023.

/s/ Lewis B. Jones
Lewis B. Jones

Jones Fortuna LP
111 New Street
Suite A
Decatur, GA 30030
ljones@jonesfortuna.com