**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

NATIONAL WILDLIFE REFUGE
ASSOCIATION, et al.,

        Plaintiffs,

   v.

THE UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

        Defendants,

        and

TWIN PINES MINERALS, LLC,

        Intervenor-Defendant.

CIVIL ACTION NO.: 5:23-cv-80

## O R D E R

Before the Court is a Joint Stipulation of Dismissal signed and filed by counsel for Plaintiffs National Wildlife Refuge Association, National Parks Conservation Association, Defenders of Wildlife, and Center for Biological Diversity; counsel for Defendants U.S. Army Corps of Engineers, the Honorable Michael Connor, Assistant Secretary of the Army for Civil Works, and LTG Scott Spellmon, Commanding General, U.S. Army Corps of Engineers; and counsel for Intervenor-Defendant Twin Pines Minerals, LLC on September 8, 2023, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this case, with each party to bear its own fees and costs.  (Doc. 48.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

      **SO ORDERED**, this 13th day of September, 2023.

 

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA